UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
07/08/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

JESSE HOLLOWAY, )
Plaintiff, )
)
v. )
) Case No. 1:25-cv-00678-RLY-MG
RYDER INTEGRATED LOGISTICS, INC., )
and ROCKWELL AUTOMATION, INC., )
Defendants. )

**Declaration of Jesse Holloway Regarding Promotion Denial, Unequal Feedback, and Pretextual Refusal**

I, Jesse Holloway, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am the Plaintiff in this matter. I submit this declaration based on my personal knowledge of the events described.
2. On or about August 28, 2024, I applied for a Logistics Manager (LM) position at Ryder. After enduring two interviews for the role, I was not selected.
3. Allen Adams informed me that the only explanation provided by Stephen Toms, who was responsible for the hiring decision, was that I was "too arrogant." No performance metrics, job-related deficiencies, or competency gaps were cited as reasons for my denial.
4. I was aware that other internal candidates who had been denied alongside with me were given detailed feedback such as not meeting job expectations or failing to perform against specific metrics. I was the only candidate, to my knowledge, who was not offered any performance-based justification.

5. Because it is Ryder's usual practice to route feedback through recruiting and leadership, I reached out to Faizal Khan, the recruiter for the role, to ask whether any feedback had been submitted that would explain my non-selection.
6. On September 13, 2024, Khan replied by stating that Stephen Toms would be following up with me directly. A true and correct copy of this email chain is attached as Exhibit A.
7. Mr. Toms never followed up. I reapplied for the same LM role after it reopened on October 1, 2024, but received no response. My application was not considered.
8. I then reached out the Khan again and unlike before, Khan did not reply or provide any follow-up feedback as if he was instructed not to.
9. After being disregarded without explanation for the second time, I emailed Stephen Toms directly on October 15–16, 2024 to request written feedback regarding both denials. I stated that written feedback was important for transparency and development purposes, and it was also required.
10. In response, Mr. Toms repeatedly avoided giving documented feedback, refused to confirm what was said to Allen Adams, and ultimately deflected the matter to Employee Relations without offering any explanation. A true and correct copy of this email exchange is attached as Exhibit B.
11. I had no documented performance issues, no attendance violations, and my only absences during the relevant time period were protected under the Family and Medical Leave Act (FMLA).
12. The refusal to provide feedback to me while others received detailed responses and the use of a vague, subjective label such as "arrogant" without substantiation, raises a strong inference of discriminatory and retaliatory motive.

13. I believe that the feedback denial was not only inconsistent with Ryder's stated Leadership Competency Model, but also served to obscure the true reason for my non-selection my prior complaints of racial disparity and my use of protected leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 8, 2025

Respectfully submitted,

Jesse Holloway
/s/ Jesse Holloway
11215 Willowmette Ln.
Indianapolis, IN 46235
Telephone: (765) 240-3118
ariesjackson702@icloud.com
PRO SE PLAINTIFF
Dated: July 8, 2025

# Exhibit A – Faizal Khan email thread (dated Sept. 13, 2024)

Outlook

## Fwd: Feedback

**From** Jesse Holloway <Jesse_Holloway@ryder.com>
**Date** Sat 9/14/2024 5:55 PM
**To** ariesjackson702@icloud.com <ariesjackson702@icloud.com>

Get Outlook for iOS

---

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Friday, September 13, 2024 3:43:39 PM
**To:** Faizal Khan <Faizal_Khan@ryder.com>
**Subject:** Re: Feedback

He told Allen Adam's I'm too arrogant, i just wanted to know what feedback he would of gave you.

Get Outlook for iOS

---

**From:** Faizal Khan <Faizal_Khan@ryder.com>
**Sent:** Friday, September 13, 2024 3:35:33 PM
**To:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Subject:** RE: Feedback

Stephen will be following up with you directly.

Regards,

Faizal Khan
Recruiter
Supply Chain Solutions (SCS)

**Refer Someone to work with us:** Ryder Referrals - Ryder

**Ryder System, Inc.** 6000 Windward Pkwy Alpharetta, GA 30005
Cell: (305) 490-6499 Primary Contact Number
Office: (770) 569-6162 / Fax: 678-587-6209
www.ryder.com
Ryder named *FORTUNE*'s World's Most Admired Companies
Ryder among America's Best Employers - *FORBES*

FLEET MANAGEMENT | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS

Ryder Ever better.

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Friday, September 13, 2024 3:31 PM
**To:** Faizal Khan <Faizal_Khan@ryder.com>
**Subject:** Re: Feedback

Thank you

Get Outlook for iOS

---

**From:** Faizal Khan <Faizal_Khan@ryder.com>
**Sent:** Friday, September 13, 2024 10:52:48 AM
**To:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Subject:** RE: Feedback

Hi Jesse,

I've requested feedback from Stephen and will share once received. I welcome you to follow up with me as needed. Thank you.

Regards,

Faizal Khan
Recruiter
Supply Chain Solutions (SCS)

**Refer Someone to work with us:** Ryder Referrals - Ryder

**Ryder System, Inc.** 6000 Windward Pkwy Alpharetta, GA 30005
Cell: (305) 490-6499 Primary Contact Number
Office: (770) 569-6162 / Fax: 678-587-6209
www.ryder.com
Ryder named *FORTUNE*'s World's Most Admired Companies
Ryder among America's Best Employers - *FORBES*

FLEET MANAGEMENT | DEDICATED TRANSPORTATION | SUPPLY CHAIN SOLUTIONS

Ryder Ever better.

---

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Friday, September 13, 2024 12:36 AM
**To:** Faizal Khan <Faizal_Khan@ryder.com>
**Subject:** Feedback

Faisal,

I wanted to follow up regarding the LM role I recently interviewed for. I would appreciate it if you could provide any feedback shared by Stephen Tom's or anyone else involved in the decision-making process as to why I wasn't selected for the position.

Understanding the specifics would help me focus on areas of improvement moving forward.

Outlook

**Logistics Manager**

**From** Jesse Holloway <Jesse_Holloway@ryder.com>
**Date** Fri 10/11/2024 5:37 PM
**To** Faizal Khan <Faizal_Khan@ryder.com>

Hi Faizal,

I applied for the Logistics Manager position about a week and a half ago and wanted to follow up regarding the status of my application. If there’s any feedback or insights at this stage, I’d appreciate hearing from you.

Get Outlook for iOS

**Exhibit B – Stephen Toms feedback evasion (dated Oct. 15–16, 2024)**

Outlook

**RE: Promotion Denials**

**From** Stephen Toms <Stephen_Toms@ryder.com>
**Date** Wed 10/16/2024 4:51 PM
**To** Jesse Holloway <Jesse_Holloway@ryder.com>
**Cc** Amy Mesaros <Amy.Mesaros@ryder.com>; Tim OBrien (Human Resources) <Timothy_OBRIEN@ryder.com>; Allen Adams <Allen_Adams@ryder.com>; Jason Calvin <Jason_Calvin@ryder.com>

Jesse,

I have extended offers for the opportunity to discuss the concerns you have to which you have decided against. Due to your choice, I would advise that you contact employee relations for anything further. Thank you.

Respectfully,

**Stephen Toms**
**Group Manager Logistics II**
Ryder System Inc. | Stephen_Toms@ryder.com
www.Ryder.com

Ryder Ever better. SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Wednesday, October 16, 2024 2:37 PM
**To:** Stephen Toms <Stephen_Toms@ryder.com>
**Cc:** Amy Mesaros <Amy.Mesaros@ryder.com>; Tim OBrien (Human Resources) <Timothy_OBRIEN@ryder.com>; Allen Adams <Allen_Adams@ryder.com>
**Subject:** Re: Promotion Denials

Stephen,

Thank you for offering to meet again, but again, I believe written communication is the most appropriate method to address my concerns. As you have made the decision to deny my promotion on 3 occasions, you possess the direct knowledge regarding what has led to this outcome. Therefore, there should be no delay in providing clear, articulate written feedback.

Following my interviews, first with you, and then with Allen the following week, with both lasting roughly 2 hours. The following week , I received feedback from Allen with Sam Gonzalez present, who informed me that the only explanation given was, “Stephen said no, you’re too arrogant.” Considering my consistent leadership, problem-solving, and demonstrated ability to support Ryder’s core values, I find this feedback both inadequate and unconstructive. Furthermore, when I reached out to Faizal Khan on September 13th for more insight, he

informed me that you would follow up with me directly. As of today, I have yet to receive that follow-up, which raises concerns regarding transparency and the fairness of this process.

Given your role as Group Logistics Manager, it is your duty that constructive feedback be provided as per Ryder's Leadership Competency Model. This model emphasizes clear, actionable guidance, trust, and integrity. The lack of substantial feedback I have received thus far does not align with these competencies and creates an impression that efforts are being made to justify the denial of my promotion, despite my qualifications. This is especially concerning when compared to other candidates who may have received different treatment, such as James, who was promoted despite evident conflicts of interest that later resulted in his termination.

Ryder's Leadership Competency Model promotes continuous improvement and transparency, and I have consistently demonstrated my ability to lead, problem-solve, and adapt to changing circumstances in ways that directly benefit the organization. It is difficult to reconcile this demonstrated performance with the vague and subjective feedback that has been provided. As such, I'm requesting detailed written feedback outlining any specific areas that you believe require improvement so that I may align my efforts with Ryder's or your expectations for my growth and development.

Get Outlook for iOS

---

**From:** Stephen Toms <Stephen_Toms@ryder.com>
**Sent:** Wednesday, October 16, 2024 12:41:49 PM
**To:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Cc:** Amy Mesaros <Amy.Mesaros@ryder.com>; Tim OBrien (Human Resources) <Timothy_OBRIEN@ryder.com>; Allen Adams <Allen_Adams@ryder.com>
**Subject:** RE: Promotion Denials

Jesse,

I can't speak to what has exactly been said to you except when I have directly communicated with you. I am not going to make comments or reply to you based off secondhand communication. If you would like to hold a meeting with me and an HR/ER representative that is also an option. I will cx the meeting that I offered to have open discussion on your concerns.

**Stephen Toms**
**Group Manager Logistics II**
Ryder System Inc. | Stephen_Toms@ryder.com
www.Ryder.com

Ryder Ever better. SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

---

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Wednesday, October 16, 2024 12:31 PM
**To:** Stephen Toms <Stephen_Toms@ryder.com>
**Cc:** Amy Mesaros <Amy.Mesaros@ryder.com>; Tim OBrien (Human Resources) <Timothy_OBRIEN@ryder.com>;

Allen Adams <Allen_Adams@ryder.com>
**Subject:** Re: Promotion Denials

Stephen,

Thanks for offering to meet, but we're beyond that now. Written communication is more appropriate to ensure clarity and accountability. After being denied a promotion twice (8/28 and 10/1) and hearing that "nothing has changed," further talks can't provide what I need. Written feedback will make the reasoning behind your decisions transparent.

I specifically want clarification on the use of "arrogant" to describe my leadership potential. If my ability to trust and empower my team is being mistaken for arrogance, that's a critical misunderstanding.

On nights, CLMs come to me first for support, even when we had 2 LM's, CLMs relied on me to ensure things ran smoothly and to help problem-solve. Arrogance is self-serving, and that's far from how I lead and who I am as a person.

Ryder's Leadership Competency Model emphasizes clear, actionable feedback. Written feedback outlining specific areas for improvement will help me align with Ryder's expectations.

My performance, attendance, problem-solving, leadership, and adaptability are top-notch. Ask Allen or Sam when I'm at work, there's no question about how things are handled or any worries.

I balance support and give accountability effectively, which is a crucial part of leadership. Given my strengths, it's difficult to understand why my promotion has been blocked. If there are areas you believe need improvement, I welcome that feedback.

---

**From:** Stephen Toms <Stephen_Toms@ryder.com>
**Sent:** Wednesday, October 16, 2024 10:51:15 AM
**To:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Cc:** Amy Mesaros <Amy.Mesaros@ryder.com>; Tim OBrien (Human Resources) <Timothy_OBRIEN@ryder.com>; Allen Adams <Allen_Adams@ryder.com>
**Subject:** RE: Promotion Denials

Jesse,

Thank you for reaching out and for the feedback. I will schedule time for you, myself, and Allen to meet to discuss quality of feedback and opportunities for development and promotion.

**Stephen Toms**
**Group Manager Logistics II**
Ryder System Inc. | Stephen_Toms@ryder.com
www.Ryder.com

Ryder Ever better. SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Jesse Holloway <Jesse_Holloway@ryder.com>
**Sent:** Tuesday, October 15, 2024 8:51 PM
**To:** Stephen Toms <Stephen_Toms@ryder.com>
**Cc:** Amy Mesaros <Amy.Mesaros@ryder.com>
**Subject:** Promotion Denials

Stephen,

Three weeks ago, Fazial Khan mentioned that you would provide direct feedback regarding the outcome of my promotion application. I have not yet received any meaningful follow-up, beyond a brief acknowledgment during P.I. As I strive to align with Ryder's leadership expectations, I would appreciate further clarity regarding your assessment, particularly the use of the term "arrogant" in evaluating my suitability for the Logistics Manager (LM) role passed from you to Allen Adams on 9/10/2024.

On 8/28/2024, I applied for the LM role, which was later filled by James. When the role reopened following , I reaffirmed my commitment by reapplying on 10/1/2024. However, I have not been considered, and I was told that "nothing has changed." Without constructive feedback, it becomes difficult to understand how I can better meet expectations and grow into future opportunities.

Throughout my time at Ryder, I've taken pride in fully preparing my team for inventory, as well as fostering skills and work ethic that made them highly valuable during P.I. I would like to better understand how these efforts align with Ryder's Leadership Competency Model, which emphasizes transparent, fair, and objective decision-making. Providing consistent feedback is essential to developing employees, and I welcome any insights you can share to help me continue growing as a leader.

The recent departures of several key figures, including Ronnell, Bryan, Anthony, Seth, Ben, and Rob—three of whom you were involved in hiring—highlight the need for thoughtful leadership to restore morale, culture, and consistency in the facility. These patterns raise the importance of ensuring fair and transparent leadership practices to maintain stability and trust across the team.

Additionally, it's worth noting that James was reassigned from the AutoStore department because he struggled to manage operations that account for roughly 80% of the workload here. In contrast, I have managed these operations effectively with minimal oversight. Despite this, James was promoted, which raises questions about how performance and qualifications factor into promotion decisions.

This leads me to ask: is the issue my performance or my attendance? I have consistently exceeded expectations, developed standardized processes, and created a positive culture within my team. Frankly, I'm lost as to how "arrogant" became a part of this evaluation when you don't work closely with me or see the impact I've had

firsthand. I am committed to my continuous improvement, but without meaningful feedback, it's difficult to understand where I am falling short in your view.

My commitment to development is reflected in my leadership achievements, including completing Ryder's leadership courses and successfully guiding operations without requiring additional oversight. I also ensured smooth transitions for others, including James, who moved between departments under the structure I helped build. I would appreciate your guidance on how to further align my performance with Ryder's standards and expectations for leadership.

Fostering a workplace that promotes fairness and consistency is critical. The Leadership Competency Model outlines the importance of fair evaluations and coaching, and I value any opportunity to ensure I receive the same level of development as my peers. Open communication is key, and I look forward to any constructive feedback you can offer.

I want to make it clear that I am dedicated to personal and professional growth within Ryder, and I am committed to contributing positively and productively to the organization. However, to achieve this, I believe that I need constructive feedback and nurturing from my leaders.

Sincerely,
Jesse Holloway

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2025, a true and correct copy of the above and foregoing was served via the Court's electronic filing system, and via electronic mail, on the following:

Jacob A. Freeland

R. Evan Jarrold,

Constangy, Brooks, Smith & Prophete, LLP

Email: jfreeland@constangy.com

Email: ejarrold@constangy.com

Counsel for Ryder Integrated Inc & Rockwell Automation Inc.,

Jesse Holloway

Pro Se Plaintiff

/s/ Jesse Holloway