UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JESSE HOLLOWAY, Plaintiff, v. RYDER INTEGRATED LOGISTICS, INC., ROCKWELL AUTOMATION, INC., Defendants. | ) | No. 1:25-cv-00678-RLY-MG |

**MINUTE ENTRY FOR MARCH 31, 2026**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Parties to notify chambers once a ruling on a pending MSJ is issued and any claims survive.

Date: 4/1/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

JESSE HOLLOWAY
915 Cordoba Court
University Park, IL 604845

To ECF Counsel of Record