UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JESSE HOLLOWAY,

Plaintiff,

v.

No. 1:25-cv-00678-RLY-MG

RYDER INTEGRATED LOGISTICS, INC.,
ROCKWELL AUTOMATION, INC.,

Defendants.

**ORDER**

Pending before the Court is Plaintiff's Motion for Electronic Service of All Court Filings, Orders, and Rulings, [Filing No. 171.] In the Motion, Plaintiff requests that "all filings, orders, opinions, rulings, and other Court communications [in this case] be transited to Plaintiff" via his email. [Filing No. 171 at 1]. Plaintiff requests this relief due to a perceived "risk of delay or inadvertent default." [Filing No. 171 at 1.] As a rule, the Court does not use email addresses for service, except through its Case Management/Electronic Filing System. That system does not generate email notifications to pro se litigants. Moreover, Plaintiff has not demonstrated a rationale as to why notification by mail is insufficient in this matter or has prejudiced him thus far. Therefore, the Court's orders to Plaintiff and other filings in this matter will continue be sent to his mailing address. Plaintiff is reminded that he must notify the Court if his mailing address changes.

Plaintiff's Motion for Electronic Service of All Court Filings, Orders, and Rulings, [Filing No. 171], is **DENIED.**

Date: 4/1/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record

JESSE HOLLOWAY
915 Cordoba Court
University Park, IL 60484